IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-70114 |
| GEORGE DEMO ZAMIAS, SR., | : |
| | : Chapter 7 |
| | : |
| Debtor. | : Document No. _____ |
| | : |
| | : Related to Doc. No. 14 |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

\_\_\_\_\_ Voluntary Petition - *Specify reason for amendment*:

Official Form 6 Schedules (Itemization of Changes Must Be Specified)
\_\_\_\_\_ Summary of Schedules
\_\_\_\_\_ Schedule A - Real Property
\_\_X\_\_ Schedule B - Personal Property
\_\_\_\_\_ Schedule C - Property Claimed as Exempt
\_\_\_\_\_ Schedule D - Creditors holding Secured Claims
      Check one:
         \_\_\_\_\_ Creditor(s) added
         \_\_\_\_\_ NO creditor(s) added
         \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule E - Creditors Holding Unsecured Priority Claims
      Check one:
         \_\_\_\_\_ Creditor(s) added
         \_\_\_\_\_ NO creditor(s) added
         \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule F - Creditors Holding Unsecured Nonpriority Claims
      Check one:
         \_\_\_\_\_ Creditor(s) added:
         \_\_\_\_\_ NO creditor(s) added
         \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule G - Executory Contracts and Unexpired Leases
      Check one:
         \_\_\_\_\_ Creditor(s) added
         \_\_\_\_\_ NO creditor(s) added
         \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule H - Codebtors
\_\_\_\_\_ Schedule I - Current Income of Individual Debtor(s)
\_\_\_\_\_ Schedule J - Current Expenditures of Individual Debtor(s)
\_\_\_\_\_ Statement of Financial Affairs
\_\_\_\_\_ Chapter 7 Individual Debtor's Statement of Intention
\_\_\_\_\_ Chapter 11 List of Equity Security Holders
\_\_\_\_\_ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
\_\_\_\_\_ Disclosure of Compensation of Attorney for Debtor
\_\_\_\_\_ Other: _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to the Bankruptcy Court's Mailing Matrix, which is attached hereto.

Date: June 10, 2019                                   /s/ Kathryn L. Harrison
                                                      Attorney for Debtor(s) [or *pro se* Debtor(s)]

                                                      Kathryn L. Harrison
                                                      (Typed Name)

                                                      Campbell & Levine, LLC, 310 Grant Street, Suite 1700
                                                      Pittsburgh, PA 15219
                                                      (Address)

                                                      412-261-0310
                                                      (Phone No.)

                                                      PA I.D. No. 209601
                                                      List Bar I.D. and State of Admission

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

Office of the United States Trustee
Liberty Center
1001 Liberty Ave., Suite 970
Pittsburgh, PA 15222

Eric Bononi, Esq.
200 North Pennsylvania Avenue
Greensburg, PA 15601

Kirk Burkley, Esq.
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200
Pittsburgh, PA 15219

Robert O. Lampl, Esq.
Robert O. Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222

1st Summit Bank
P.O. Box 5480
Johnstown, PA 15904-5480

Nicholas D. Krawec, Esq.
Bernstein-Burkely, P.C.
707 Grant Street, Suite 2200
Pittsburgh, PA 15219-1908

CNB Bank
31 S. Second Street
Clearfield, PA 16830

County of Cambria Tax Claim Bureau
200 South Center Street
Ebensburg, PA 15931-1941

Damian G. Zamias
372 N. Craig Street
Pittsburgh, PA 15213-1245

Estate of Marianna Zamias
403 Slater Street
Johnstown, PA 15905-1848

Estate of Samuel C. Zamias
992 Fender Lane
Johnstown, PA 15905

Fifth Third Bank
MD# ROPS05 Bankruptcy Dept.
1850 East Paris SE
Grand Rapids, MI 49546-6253

Internal Revenue Service
P.O. Box 8208
Philadelphia, PA 19101-8208

McCullough Place
500 Cheney Oaks Drive
Johnstown, PA 15905-2568

PA Department of Revenue
11 Stanwix Street
Suite 310
Pittsburgh, PA 15222-1359

PA Municipal Service Co.
336 Delaware Avenue
Dept W-17
Oakmont, PA 15139-2138

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Pittston Associates, LP
500 Galleria Drive
Suite 287
Johnstown, PA 15904-8916

Stephen G. Zamias
500 Galleria Drive
Suite 287
Johnstown, PA 15094-8916

Tamaqua Associates, LP
500 Galleria Drive
Suite 287
Johnstown, PA 15904-8916

Taylor Associates, LP
500 Galleria Drive
Suite 287
Johnstown, PA 15904-8916

Westmont Boro Tax Collector
1923 Sunshine Avenue
Johnstown, PA 15905-1711

PA Department of Revenue
Department 280406
Harrisburg, PA 17128-0406

David K. Rudov, Esq.
Rudov Law
The Frick Building
437 Grant Street, Suite 1806
Pittsburgh, PA 15219

Scott M. Hare, Esq.
The Frick Building
437 Grant Street, Suite 1806
Pittsburgh, PA 15219

Fill in this information to identify your case and this filing:

| Debtor 1 | George Demo Zamias, Sr. | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number  19-70114

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

1.1

**2268 Crabtree Lane**
Street address, if available, or other description

**Johnstown     PA     15905-0000**
City          State   ZIP Code

**Cambria**
County

What is the property? Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $150,000.00 | $150,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................................................=>     **$150,000.00**

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

3.1 Make: **Chrysler**
Model: **3000**
Year: **2011**
Approximate mileage: **82,000**
Other information:
**Car is not drivable and needs $4,900 worth of repairs - scrap value only.**

Who has an interest in the property? Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  Current value of the portion you own?
$500.00   $500.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................................=>   $500.00

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes. Describe.....

| Various furniture and appliances/ordinary household goods | $10,000.00 |

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☒ Yes. Describe.....

| Various electronics | $1,000.00 |

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☒ No
☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☒ No
☐ Yes. Describe.....

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☒ No

☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | Pants, shirts, shoes/Ordinary men's clothing | $2,000.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

    | Small dog that lives with Debtor at assisted living facility | Unknown |

14. Any other personal and household items you did not already list, including any health aids you did not list
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .......................................................................... | $13,000.00 |

**Part 4:** Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes........................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ■ No
    ☐ Yes........................ Institution name:

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes................. Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes. Give specific information about them...................

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | Bel Air Plaza Associates, a Pennsylvania general partnership | 1.0% General Partner  % | $0.00 |

| | | | |
|---|---|---|---|
| DSAA GP Corp., a Pennsylvania corporation | 100% Sole Shareholder | % | Unknown |
| Hilltop Z, LP, a Pennsylvania limited partnership | 49% General Partner | % | $313,060.00 |
| Westwood Zamias Limited Partnership, a Pennsylvania limited partnership | 10% Limited Partner | % | $0.00 |
| Indiana Mall GP Corp, a Delaware corporation | 51% Shareholder | % | $0.00 |
| Indiana Mall Company Limited Partnership, a Delaware limited partnership | 51% Limited Partner | % | $0.00 |
| Pitt Village Genpar Corp., a Pennsylvania corporation | 11.825% Shareholder | % | $43,122.00 |
| Pitt Village Mezz GP Corp., a Pennsylvania corporation | 11.825% Shareholder | % | $43,122.00 |
| Pitt Village Mezz, LP, a Pennsylvania limited partnership | 11.625% Limited Partner | % | $43,122.00 |
| Tamaqua Z, LP | 18.75% Owner | % | $34,718.00 |
| Tamaqua Gen/Par, LLC | 75% Member | % | Unknown |
| ZGAL Associates, LP | 13.67% Limited Partner | % | $0.00 |
| Zamias OBDC, LP | 24.9% Limited Partner | % | $71,096.00 |
| Zamias Oakmont Management, LLC | 25% Membership Interest | % | $166,822.00 |
| Z-OBDC GP Corp. | 25% Shareholder Interest | % | $71,096.00 |

| ZEEFAM ODBC Corp. | 25% Shareholder % | $71,096.00 |
|---|---|---|

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
         Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
■ No
☐ Yes. List each account separately.
         Type of account:         Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. .....................         Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes. Give specific information about them...

**Money or property owed to you?**
                                                **Current value of the portion you own?**
                                                Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☐ No
    ■ Yes. Give specific information..

    | Social Security benefits | $2,377.45 |
    |---|---|

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:              Beneficiary:              Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes. Describe each claim.........

    | Praecipe for Writ of Summons issued George D. Zamias v. Milton W. Shalpak; Shalpak Development, Inc. d/b/a Shalpak Development Company; and Shalpak Development Company International in the Court of Common Pleas of Allegheny County, Pennsylvania | Unknown |
    |---|---|

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................... | **$859,631.45** |

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ......................................   $0.00

### Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ...................................................................................................................   $150,000.00
56. **Part 2: Total vehicles, line 5**                              $500.00
57. **Part 3: Total personal and household items, line 15**     $13,000.00
58. **Part 4: Total financial assets, line 36**                 $859,631.45
59. **Part 5: Total business-related property, line 45**             $0.00
60. **Part 6: Total farm- and fishing-related property, line 52**    $0.00
61. **Part 7: Total other property not listed, line 54**    +        $0.00

62. **Total personal property.** Add lines 56 through 61...   $873,131.45    Copy personal property total   $873,131.45

63. **Total of all property on Schedule A/B**. Add line 55 + line 62                                   $1,023,131.45